# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| COSHIRA ENGLISH, DAWN WASHINGTON, OTIS CHILDS, and LATESSA LEROGAN-WASHINGTON on behalf of themselves and all other persons similarly situated, known and unknown, | ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Plaintiff, | ) ) | |
| | ) | Cause No.: |
| v. | ) ) | |
| | ) | REMOVED FROM ILLINOIS |
| EYM CHICKEN OF ILLINOIS, LLC | ) ) ) | CIRCUIT COURT FOR THE SEVENTH JUDICIAL CIRCUIT |
| Defendant, | ) | |

## NOTICE OF REMOVAL OF CAUSE

To: **Attorney for Plaintiff**
The Garfinkel Group, LLC
Attn:  Max P. Barack
6252 N. Lincoln Ave, Suite 200
Chicago, Illinois 60659

**United States District Court, Central District of Illinois**
151 U.S. Courthouse
600 E. Monroe Street
Springfield, Illinois 62701

Defendant EYM CHICKEN OF ILLINOIS, LLC ("EYM"), under 28 U.S.C. § 1332 and 28 U.S.C. § 1441, notifies this Honorable Court that the above-entitled cause has been removed from the Circuit Court of the Seventh Judicial Circuit, Illinois to the United States District Court for the Central District of Illinois, and in support of said notice states as follows:

1.      The Complaint in this matter seeks damages from EYM for multiple alleged violations of the Biometric Information Privacy Act, specifically alleging violations of 740 ILCS 14/15(a), (b) and (d).  The lawsuit was served on EYM on August 31, 2022.  A copy of the

Summons and Complaint is attached hereto as **Exhibit A**. EYM's responsive pleading is due to be filed on or before September 30, 2022.

2. The parties are of diverse citizenship.

3. Plaintiff Coshira English maintains citizenship in the State of Illinois. See Ex. A, paragraph 12.

4. Plaintiff Dawn Washington maintains citizenship in the State of Illinois. See Ex. A, paragraph 17.

5. Plaintiff Otis Childs maintains citizenship in the State of Illinois. See Ex. A, paragraph 24.

6. Plaintiff Latessa Lerogan-Washington maintains citizenship in the State of Illinois.

7. Defendant EYM is a Texas limited liability company, and its sole member is EYM Chicken LP, which is a Texas limited partnership. Each partner of EYM Chicken LP is a citizen of the State of Texas. For purposes of diversity, EYM is a citizen of the State of Texas.

8. The amount in controversy is in excess of $75,000.00, exclusive of interest and costs. In this matter Plaintiffs assert claims related to the storage of biometric information, and alleges that the class of individuals affected includes more than fifty (50) members. (See Ex. A, para. 50.). When analyzing the amount in controversy in a class action under 28 U.S.C. § 1332(a), "at least one named plaintiff must satisfy the jurisdictional amount." *Clement v. Lau*, No. 03 C 6179, 2003 WL 22948671, at *2 (N.D. Ill. Dec. 10, 2003). In other words, "the individual claims of class members cannot be aggregated to meet the jurisdictional amount, and instead each class member is required to have a jurisdictionally-sufficient claim." *Id.*; *see also In re Brand Name Prescription Drugs Antitrust Litig.*, 123 F.3d 599, 607 (7th Cir. 1997). Plaintiffs allege that EYM's BIPA violations were "reckless," thereby seeking a statutory penalty of up to $5,000 for each

"violation." (Compl., ¶ 92). The amount in controversy exceeds $75,000 because Plaintiff alleges that she used the biometric time clock at issue in this lawsuit on a daily basis to clock in and out of work during the entire duration of his employment. (Compl., ¶¶ 58-66). Indeed, in their prayer for relief, Plaintiffs pray for an order awarding them and the class members $5,000 for *each* violation of BIPA. As such, it is clear that they are seeking damages not simply for single violations, but for *multiple* violations, presumably for each use of their biometric information by Defendant. Based on this approach,[1] and given the use of biometric data to clock in and out, as averred by Plaintiffs, even the most conservative estimate would have Plaintiffs clocking in and out far in excess of the 16 times necessary to exceed the jurisdictional amount-in-controversy threshold (*i.e.*, 16 x $5,000 = $80,000) over their employment. Accordingly, the amount in controversy exceeds the jurisdictional minimum for this Court.

9.      This Court has original jurisdiction over this action under 28 U.S.C. § 1332, as the parties are diverse and the amount in controversy exceeds the jurisdiction amount of $75,000.00. Defendant is, therefore, entitled to remove this action to this Court under 28 U.S.C. § 1441.

10.     Venue within the Central District of Illinois is appropriate under 28 U.S.C. §§ 89 and 1441(a), as the Circuit Court of the Seventh Judicial Circuit, where Plaintiffs filed their Petition, is located within said district and division.

11.     In compliance with 28 U.S.C. § 1446(b), this Notice of Removal was filed with this Court within thirty (30) days after EYM was served with the Summons and Petition on August 31, 2022.

---

[1] EYM does not concede that this is the proper measure of damages under BIPA, merely that Plaintiff includes this allegation in the Complaint.

12. Pursuant to 28 U.S.C. 1447(b), true and correct copies of all process, pleadings, and orders sent to and received by the Circuit Court of the Seventh Judicial Circuit will be submitted to this Court upon receipt of same.

13. In filing this Notice of Removal, EYM does not waive any denials, objections, or defenses that may be available to it, including jurisdictional defenses.

14. In accordance with 28 U.S.C. § 1446(d), EYM will promptly file a copy of this Notice with the Clerk of the Circuit Court of the Seventh Judicial Circuit, and will give notice thereof to all adverse parties.

WHEREFORE, Defendant EYM CHICKEN OF ILLINOIS, LLC, notifies this Court that this cause has been removed from the Circuit Court of the Seventh Judicial Circuit to the United States District Court for the Central District of Illinois pursuant to the provisions of 28 U.S.C. §§ 1441, 1446.

Respectfully submitted,

EYM CHICKEN OF ILLINOIS, LLC

By: */s/ Daniel E. Tranen*
Daniel E. Tranen, ARDC#06244878
Wilson Elser Moskowitz
Edelman & Dicker LLP
7777 Bonhomme Ave, Suite 1900
St. Louis, MO 63105
618-307-0200 (Phone)
618-307-0221 (Fax)
daniel.tranen@wilsonelser.com

*Attorneys for EYM CHICKEN OF ILLINOIS, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the Court's electronic filing system on this 30th day of September, 2022, on counsel of record.

By: */s/ Daniel E. Tranen*